387 A.2d 474

**COMMONWEALTH of Pennsylvania**

v.

**Lawrence DRUMMOND, Appellant.**

Supreme Court of Pennsylvania.

Argued April 17, 1978.

Decided June 2, 1978.

Conn, Mandel & Conn, Richard J. Conn, Philadelphia, for appellant.

Edward G. Rendell, Dist. Atty., Steven H. Goldblatt, Deputy. Dist. Atty. for Law, Robert B. Lawler, Chief, Appeals Div., Glenn S. Gitomer, Asst. Dist. Attys., Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION OF THE COURT

PER CURIAM.

The orders of the Superior Court entered in the above matter are vacated and the case is remanded to the Superior Court with instructions to consider the issues raised in appellant's appeal at No. 872, including the issue of the effectiveness of trial counsel.